**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936

Attorney for Defendant
RAYMOND DAVID SAENZ JR.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>v.<br><br>FERNANDO JESUS MANJARREZ,<br>**RAYMOND DAVID SAENZ JR.,**<br>BRANDIE LYNN PIEDMONT,<br><br>DEFENDANTS | Case No.: 06-CR-0379-OWW<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND MOTIONS** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE OLIVER W. WANGER; AND VIRNA L. SANTOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, RAYMOND DAVID SAENZ JR., by and through his attorney of record, DAVID A. TORRES hereby requesting that the status conference currently set for 03/05/2007 be continued to 04/02/2007 at 9:00 a.m. or a date convenient to court and counsel.

I am respectfully requesting a continuance of status conference and motions because I am currently involved in a State jury trial for the matter of *People v. Juan Rodriguez*. Therefore, I will not be available to proceed with the status conference and motions. I have been in contact with Ms. Santos and she has no opposition to this request.

Based upon the foregoing, I respectfully request that the status conference and motions be

continued to April 2, 2007.

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (H)(8)(A).

Dated: 03/01/2007

/s/ David A. Torres
DAVID A. TORRES
Attorney for RAYMOND DAVID SAENZ

/S/Erik K. Fogderude
ERIK K. FOGDERUDE
Attorney for
FERNANDO JESUS MANJARREZ

/S/John Frederick Garland
JOHN FREDERICK GARLAND
Attorney for
BRANDIE LYNN PIEDMONT

McGREGOR W. SCOTT
United States Attorney

Dated: 03/01/2007

By /s/ Virna L. Santos
VIRNA L. SANTOS
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   March 6, 2007**          **/s/ Oliver W. Wanger**
emm0d6                      UNITED STATES DISTRICT JUDGE

Stipulation and Order to Continue Status Conference  2