```
JOHN F. GARLAND  #117554
Attorney at Law
1713 Tulare Street, Suite 221
Fresno, California 93721

Telephone: (559) 497-6132

Attorney for Defendant
BRANDIE LYNN PIEDMONT
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>BRANDIE LYNN PIEDMONT,<br><br>　　　Defendant. | Case No. 1: 06 CR 00379 OWW<br><br>WAIVER OF APPEARANCE<br>AND ORDER THEREON<br><br>DATE: August 20, 2007<br>TIME: 9:00 a.m.<br>PLACE: Courtroom Three<br><br>HONORABLE OLIVER W. WANGER |

　　　Defendant, BRANDIE LYNN PIEDMONT, hereby waives her right to be present in person in open court upon the hearing presently set for August 20, 2007 at 9:00 a.m. in Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated: August 13, 2007　　　　　　　　　　　　　　　/s/ Brandie Lynn Piedmont
　　　　　　　　　　　　　　　　　　　　　　　　　　BRANDIE LYNN PIEDMONT

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant BRANDIE LYNN PIEDMONT is hereby excused from appearing at the court hearing scheduled for August 20, 2007 at 9:00 a.m. IT IS SO ORDERED.

**Dated:   August 14, 2007**            /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE