```
1   JOHN F. GARLAND   #117554
    Attorney at Law
2   1713 Tulare Street, Suite 221
    Fresno, California 93721
3
    Telephone: (559) 497-6132
4
    Attorney for Defendant
5   BRANDIE LYNN PIEDMONT
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1: 06 CR 00379 OWW |
|---|---|---|
| Plaintiff, | ) | WAIVER OF APPEARANCE AND ORDER THEREON |
| v. | ) | |
| BRANDIE LYNN PIEDMONT, | ) | DATE:  September 4, 2007<br>TIME:   9:00 a.m.<br>PLACE: Courtroom Three |
| Defendant. | ) | HONORABLE OLIVER W. WANGER |

Defendant, BRANDIE LYNN PIEDMONT, hereby waives her right to be present in person in open court upon the hearing presently set for September 4, 2007 at 9:00 a.m. in Courtroom Three of the above entitled court. Defendant hereby requests the court to proceed in her absence and agrees that her interests will be deemed represented at said hearing by the presence of her attorney, JOHN F. GARLAND. Defendant further agrees to be present in person in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated: August 24, 2007                               /s/ Brandie Lynn Piedmont
                                                     BRANDIE LYNN PIEDMONT

1

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant BRANDIE LYNN PIEDMONT is hereby excused from appearing at the court hearing scheduled for September 4, 2007 at 9:00 a.m. IT IS SO ORDERED.

Dated:   **August 27, 2007**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE