UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff         )    1:06-CR-379-003 OWW
                              )
     v.                       )    ORDER DISMISSING CASE AS
                              )    TO DEFENDANT
BRANDIE LYNN PIEDMONT,        )    BRANDIE LYNN PIEDMONT ONLY
                              )
            Defendant         )
_____)
```

Pursuant to the oral motion by the government, the Indictment as to defendant BRANDIE LYNN PIEDMONT only, is dismissed.

Dated: December 6, 2007            /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1